## George W. Dingman, Appellee, v. Lawrence P. Boyle, Appellant.

### Gen. No. 23,490.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SHERIDAN
E. FRY, Judge, presiding. Heard in this court at the October term,
1917. Affirmed. Opinion filed January 28, 1918.

### Statement of the Case.

Action by George W. Dingman, plaintiff, against
Lawrence P. Boyle, defendant, to recover $1,500 for
services rendered to defendant in connection with a
proposed sale and exchange of certain real estate.
From a judgment for plaintiff for $1,500, defendant
appeals.

LAMBERT & MAYER, for appellant.

JOHN M. SWEENEY, for appellee.

MR. JUSTICE DEVER delivered the opinion of the
court.

### Abstract of the Decision.

1. BROKERS, § 88*—*when evidence shows insertion of provision
for commission at date of contract.* Evidence *held* to sustain the
finding that a certain provision, inserted in the contract entered
into by defendant for the sale and exchange of certain real estate,
for the payment to plaintiff of a certain brokerage commission was
inserted therein on the date of the execution of the contract, in an
action to recover the commission.

2. BROKERS, § 4*—*when person not having license may recover
under special contract.* Evidence *held* to sustain the finding that
plaintiff was not engaged in the real estate brokerage business but
to be entitled to receive compensation from defendant under a
special contract, notwithstanding his failure to qualify as a licensed

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

broker, in an action to recover a commission on the sale and exchange of certain real estate.

3. BROKERS, § 90*—*when evidence shows procurance of person willing to exchange property.* Evidence *held* to sustain the finding that plaintiff, in an action to recover a commission on the sale and exchange of certain real estate, had procured a person ready, willing and able to exchange properties with defendant.

4. BROKERS, § 90*—*when shown that plaintiff was ready to procure loan.* . Evidence *held* to sustain the finding that plaintiff was ready, able and willing to procure a certain loan for defendant, required of plaintiff under a certain contract with defendant as precedent to plaintiff's right to a commission, in an action to recover a commission on the sale and exchange of certain real estate.